**Dallas Woolbright, Plaintiff-Appellee, v. Arthur T. McIntosh & Co., a Corporation, and Woolbright, Inc., a Corporation, Defendants-Appellants.**

### Gen. No. 69–135. (Abstract of Decision.)

Second District.

January 26, 1970.

Fearer and Nye, of Oregon, for appellants; Paul F. O'Neil, of Rochelle, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.